

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-3-2009

# Smith v. Greenwich

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-4508

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Smith v. Greenwich" (2009). *2009 Decisions.* Paper 316.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/316

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 07-4508
_____

JACQUELINE SMITH
Appellant

v.

TOWNSHIP OF EAST GREENWICH; EAST GREENWICH TOWNSHIP
POLICE DEPARTMENT; CHIEF WILLIAM E. GIORDANO;
DEPUTY SCOTT A. GOESS

Appellee
_____

On Appeal from Order entered in the United States District Court
for the District of New Jersey, Camden
at No. 05-CV-4219
(Honorable Joseph E. Irenas, District Judge)
_____

Submitted Under Third Circuit LAR 34.1(a)
January 5, 2009

Before:  FUENTES and FISHER, *Circuit Judges*
and DITTER*, *District Judge.*

(Filed: November 3, 2009)

_____

ORDER AMENDING OPINION

_____

*Honorable J. William Ditter, Jr., District Court Judge for the Eastern District of
Pennsylvania, sitting by designation.

FUENTES, Circuit Judge

IT IS NOW ORDERED that on Page 10, last line , be amended as follows:

Omit the word "not" after does and before contend.

/s/ Julio M. Fuentes
Circuit Judge

DATED: November 3, 2009